UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHE'AL JOSEPH DIXON                                          CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                            NO. 22-00457-BAJ-SDJ

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 10, the "Report")** recommending that the Court dismiss the above-captioned matter without prejudice for failure to prosecute under Local Civil Rule 41(b) because Plaintiff failed to: (1) pay the Court's filing fee; (2) comply with Court Orders; and (3) take action to further his case.

Plaintiff objected to the Report, asserting that the Report is the "first mail Plaintiff has received from this Court since February 23, 2023." (Doc. 11 at 1). In his Objection, Plaintiff provides information that he contends supports his request to proceed *in forma pauperis* and alternatively requests that the Court intervene in a pending action in Mississippi state court concerning a family member's estate, because Plaintiff contends he is entitled to receive an inheritance from the estate. (*See generally* Doc. 11).

The record reflects that the Court gave Plaintiff several opportunities to provide information supporting his request to proceed *in forma pauperis*, and to otherwise comply with Court Orders. (Doc. 3; Doc. 5; Doc. 6; Doc. 9). The record also reflects, however, that at least one of the Court's Orders was returned as

undeliverable. (Doc. 7). Accordingly, the Court will dismiss the above-captioned matter without prejudice to Plaintiff's right, within 21 days of the issuance of this Order, to file a motion to re-open the above-captioned matter, providing good cause as to why the case should be re-opened. Along with the Motion, Plaintiff must submit either the AO 239 – Application to Proceed in District Court without Prepaying Fees or Costs or the entirety of the Court's filing fee.

After considering Plaintiff's Complaint, the Court's Orders, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to pay the Court's filing fee.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 16th day of September, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA